# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSH DAVILA,

    Plaintiff,

   v.                                                                              No. 17-CV-00746-KG-SCY

CURRY COUNTY JAIL FACILITY,
ANTHONY PARRARA, NEW MEXICO
BOARD OF COUNTY COMMISSIONER
OF CURRY COUNTY

    Defendants.

## FINAL JUDGMENT

Pursuant to rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this civil proceeding is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE